IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GREGORY GRADY,

        Plaintiff,

v.                                     3:09cv458-WS/EMT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed January 7, 2011. See Doc. 18. The magistrate judge recommends that the case be reversed and remanded to the Commissioner for further consideration. No objections to the report and recommendation have been filed.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 18) is adopted and incorporated by reference in this order of the court.

2.  The Commissioner's decision is REVERSED pursuant to sentence four of 42 U.S.C. § 405(g).

3.  This case shall be REMANDED to the Commissioner for further consideration consistent with the magistrate judge's report and recommendation.

4.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this     7th     day of     February    , 2011.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE