IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GREGORY GRADY,

        Plaintiff,

v.                                                                          3:09cv458-WS

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

        Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation docketed June 6, 2011.  See Doc. 24.  The magistrate judge recommends that the Commissioner pay to the plaintiff $3,462.72 in attorney's fees and expenses pursuant to 28 U.S.C. § 2412(d).  The magistrate judge also recommends that filing fee costs in the amount of $350.00 be awarded to the plaintiff, to be paid from the Judgment Fund of the United States Treasury.  No objections to the magistrate judge's report and recommendation have been filed.

    Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 24) is adopted and incorporated by reference in this order of the court.

2. The plaintiff's motion (doc. 22) for attorney's fees and costs is GRANTED.

3. The Commissioner shall pay the plaintiff, Gregory Grady, $3,462.72 as a reasonable attorney's fee and expenses under EAJA. Costs in the amount of $350.00 are also awarded, to be paid by the Commissioner from the Judgment Fund of the United States Treasury.

4. The Commissioner shall mail payment to the plaintiff's attorney, Nick A. Ortiz, at the Soloway Law Firm, 1013 Airport Boulevard, Pensacola FL 32504.

DONE AND ORDERED this ___7th___ day of ___July___, 2011.

    s/ William Stafford
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE